# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 0:19-cr-266-NEB-KMM-1 |
| Plaintiff, | |
| v. | **ORDER** |
| Naeem Lateef Goree | |
| Defendant. | |

This matter is before the Court on motions for discovery and disclosure filed by the government and Defendant Naeem Lateef Goree. The Court held a hearing on the Motions on November 27, 2019. Based on the motions that were filed, the written responses, and the arguments presented at the hearing, the Court enters the following Order.[1]

### 1. Government's Motion for Discovery (ECF 15)

The government's motion for discovery of information pursuant to Rule 16 of the Federal Rules of Criminal Procedure is **GRANTED**. The defendant shall provide discovery and disclosures as required by the Fed. R. Crim. P. 16.

### 2. Mr. Goree's Motion for Discovery (ECF No. 17)

Mr. Goree's motion for discovery is **GRANTED** to the extent it seeks discovery and disclosure consistent with Fed. R. Crim. P. 16. The government shall continue to comply with its discovery and disclosure obligations.

---

[1] The Court will separately issue a report and recommendation on Mr. Goree's Motion to Suppress Statements and Motion to Dismiss Indictment. (ECF Nos. 19, 20.)

**3. Mr. Goree's Motion to Preserve Notes (ECF No. 18)**

Mr. Goree's motion to preserve notes is **GRANTED**. Disclosure of rough notes is not required by this paragraph.

Date: January 23, 2020

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge